UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
:
EDWARD OPINALDO.,                                         :
:
                         Plaintiff,        :
:      20-CV-2865 (VSB) (RWL)
     - against -                                           :
:      **ORDER**
:
FRANCESCA SIMONS CONSULTING      :
INC.,                                                             :
:
                     Defendant.   :
:
------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 8/25/2020

<u>VERNON S. BRODERICK</u>, United States District Judge:

      It has been reported that the parties have settled. Accordingly, it is hereby:

      ORDERED that the above-captioned action is discontinued without costs to any party and without prejudice to restoring the action to this Court's docket if the application to restore the action is made within thirty (30) days.

SO ORDERED.

Dated: August 25, 2020
       New York, New York

                                              Vernon S. Broderick
                                              United States District Judge